CL

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| NVE, INC., | |
| Plaintiff, | |
| v. | Civ. No. 08-2206 (SRC) |
| | ORDER |
| INNOVATION VENTURES, LLC, d/b/a LIVING ESSENTIALS, | |
| Defendant. | |

**CHESLER**, District Judge

**THIS MATTER** having come before the Court on the motion filed by Defendant Innovation Ventures, LLC, d/b/a Living Essentials to dismiss, transfer to the United States District Court for the Eastern District of Michigan, or to stay the matter pending resolution of the Michigan case [docket item 4] and Defendant's motion for *pro hac vice* admission of Mark Lorelli [docket item 8]; and the Court having considered the papers filed by the parties in support of and in opposition to the motions; and the Court having held oral argument on the motions on July 7, 2008; therefore,

For the reasons set forth on the record of oral argument of July 7, 2008,

**IT IS** on this 8th day of July 2008,

**ORDERED** that Defendant's motion for *pro hac vice* admission of Mark Lorelli is **GRANTED** for the purpose of arguing this motion only, and Plaintiff has reserved its right to

object to Mr. Lorelli's admission *pro hac vice* on any other matter pending before this Court [docket item 8]; and it is further

**ORDERED** that Defendant's motion to dismiss or to stay the case is **DENIED** [docket item 4]; and it is further

**ORDERED** that Defendant's motion to transfer this case to the Eastern District of Michigan pursuant to 28 U.S.C. § 1404(a) is **GRANTED** [docket item 4]**;** and it is further

**ORDERED** that this matter is transferred to the United States District Court for the Eastern District of Michigan.

                                                               s/ Stanley R. Chesler
                                                             Stanley R. Chesler, U.S.D.J.